ENTERED ON DOCKET
9-30-04

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | § | |
|---|---|---|
| GUY O. BATTLE, | § | CASE NO. 04-73190 |
| BATTLE BUILDERS, INC. | § | CASE NO. 04-73252 |
| BATTLE ENTERPRISES, LLC | § | CASE NO. 04-73293 |
| BATTLE PAINTING, INC. | § | CASE NO. 04-73793 |
| BATTLE DRYWALL, INC. | § | CASE NO. 04-73825 |
| | § | |
| | § | CHAPTER 7 |
| | § | |
| | § | JOINTLY ADMINISTERED |
| Debtors. | § | |
| | § | JUDGE MASSEY |

## ORDER DIRECTING JOINT ADMINISTRATION OF AFFILIATED CASES

Upon the Motions for Joint Administration of Cases pursuant to the Federal Rule of Bankruptcy Procedure 1015(b) filed by the Trustee appointed in each of the following affiliated cases:

| Debtor | Case Number | Date of Filing |
|---|---|---|
| Guy O. Battle | 04-73190 JEM | August 12, 2004 |
| Battle Builders, Inc. | 04-73252 JEM | August 12, 2004 |
| Battle Enterprises, LLC | 04-73293 JEM | August 13, 2004 |
| Battle Painting, Inc. | 04-73793 JEM | August 24, 2004 |
| Battle Drywall, Inc. | 04-73825 JEM | August 24, 2004 |

AND SUBJECT to any objection to be filed in any case before the expiration of twenty-five (25) days from the entry of this Order, it is herewith

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the above captioned cases are consolidated for procedural purposes to be jointly administered under Case Number 04-73190 along with the affiliated cases

pursuant to Bankruptcy Rule 1015(b) and and all pleadings and papers filed in these cases with the exception of proofs of claim, shall be captioned as:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | § | CHAPTER 7 |
|---|---|---|
| | § | |
| GUY O. BATTLE, et al. | § | JOINTLY ADMINISTERED |
| | § | |
| Debtors. | § | JUDGE MASSEY |

And it is hereby, FURTHER ORDERED that all docket entries in these cases shall be made in the case of Guy O. Battle, Case No. 04-73190. The Clerk is directed to make a docket entry in each of the affiliate companies cases substantially as follows:

> An Order has been entered consolidating this case with the bankruptcy case of Guy O. Battle, Case No. 04-73190 for procedural purposes only and providing for its joint administration in accordance with the Order of the Honorable James E. Massey, Bankruptcy Judge.

And it is FURTHER ORDERED that this Court shall retain jurisdiction over any and all objection or disputes relating to this Order.

This 23rd of September, 2004.

_____
JAMES E. MASSEY
United States Bankruptcy Judge

Prepared and Presented by:

*/s/ C. David Butler*

C. David Butler
Georgia Bar No. 097700
SHAPIRO FUSSELL, LLP
1360 Peachtree Street, N.E.
Suite 1200
Atlanta, GA 30309
Tel: (404) 870-2200
Fax: (404) 870-2220

*10753.001/10*

## DISTRIBUTION LIST

Mr. Guy O. Battle
4685 Prestbury Drive
Suwanee, GA 30024-7518

Battle Builders, Inc.
c/o Guy O. Battle
4685 Prestbury Drive
Suwanee, GA 30024-7518

Battle Enterprises, LLC
c/o Guy O. Battle
4685 Prestbury Drive
Suwanee, GA 30024-7518

Battle Painting, Inc.
c/o Guy O. Battle
4685 Prestbury Drive
Suwanee, GA 30024-7518

Battle Drywall, Inc.
c/o Guy O. Battle
4685 Prestbury Drive
Suwanee, GA 30024-7518

S. Gregory Hayes, Trustee
Hays Financial Consulting, LLC
3343 Peachtree Road N.E.
Suite 750
Atlanta, GA 30326-1085

United States Trustee
362 Richard Russell Building
75 Spring Street S.W.
Atlanta, GA 30303

Kathy K. Puls, Esquire
P. O. Box 550
Decatur, GA 30031-0550

AGCO
2782 Simpson Circle
Norcross, GA 30071-2819

Allied Readymix
P. O. Box 198839
Atlanta, GA 30384-8839

BACO Exterminating
4197 Rufus Place
Atlanta, GA 30340-1611

Britts
3293 Stone Mountain Highway Lower
Snellville, GA 30078-6834

Concrete Surfacing Tech
Suite 1
3705 Namasco Drive
Suwanee, GA 30024-8353

Custom Air Concepts
804 Bill Rutledge Road
Winder, GA 30680-7863

Global Home Products
3290 Green Pointe Parkway
Suite 290
Norcross, GA 30092-6643

Alley-Cassetty Brick
P. O. Box 23305
Nashville, TN 37302-3305

Arrow Lumber & Supply Co.
P. O. Box 339
Suwanee, GA 30024

John Allison, CEO
BB&T of Georgia
2885 Lawrenceville Suwanee Road
Swuanee, GA 30024-7265

Builtrite Foundation
P. O. Box 490190
Lawrenceville, GA 30049-0004

Consulting Enterprises
Suite F
1048 Industrial Court
Suwanee, GA 30024-8355

Custom Glass & Doors
305 Fairmont Drive
Norcross, GA 30071-4213

Grogan's Sani Service, Inc.
P. O. Box 1830
Cumming, GA 30028-1830

Williams Bros. Lumber Co.
P. O. Box 8
Duluth, GA 30096-0008

Truss Tech
4883B Roy Carlson Boulevard
Buford, GA 30518-3576

Thomas J. Martin, CEO
Gwinnett Community Bank
2775 Buford Highway
Duluth, GA 30096-2872

Laurice A. Tatum, CEO
Lanier Community Bank
4356 South Lee Street
Buford, GA 30518

MK Plumbing, Inc.
1355 Union Hill Industrial Court
Alpharetta, GA 30004-5693

Outhouse
1565 Davis Avenue
Atlanta, GA 30344-2520

Plymarts, Inc.
Department 80045655
P. O. Box 105775
Atlanta, GA 30348-5774

Scott Youmans
P. O. Box 1141
Dacula, GA 30019-0020

South Gwinnett Sand & Gravel
2799 Bay Ridge Drive
Loganville, GA 30052-3706

Taylor Foundation
1195 Samples Industrial Drive
Cumming, GA 30041-6417

Thomas Concrete of GA, Inc.
2500 Cumberland Parkway S.E.
Atlanta, GA 30339-3932

Home Buyers Warranty
1728 Montreal Circle
Tucker, GA 30084-6821

Ledford Smith Electric
P. O. Box 338
Oxford, GA 30054-0338

Randy Carol, CEO
Mountain National Bank
P. O. Box 49
Tucker, GA 30085-0049

Pioneer Concrete Pumping
4790 Wright Drive S.E.
Smyrna, GA 30082-4950

RMC Mid Atlantic
P. O. Box 198839
Atlanta, GA 30384-8839

SCI Development
2330 Hewatt Road
Snellville, GA 30039-4023

Small Wood & Sons Plumbing
910 Montpelier Road
Forsyth, GA 31029-8709

Stock Building Supply
P. O. Box 101575
Atlanta, GA 30392-1575

The Wire Nut
220 Spring Court
Oxford, GA 30054-3016

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | § | |
|---|---|---|
| GUY O. BATTLE, | § | CASE NO. 04-73190 |
| BATTLE BUILDERS, INC. | § | CASE NO. 04-73252 |
| BATTLE ENTERPRISES, LLC | § | CASE NO. 04-73293 |
| BATTLE PAINTING, INC. | § | CASE NO. 04-73793 |
| BATTLE DRYWALL, INC. | § | CASE NO. 04-73825 |
| | § | |
| | § | CHAPTER 7 |
| | § | |
| | § | JOINTLY ADMINISTERED |
| Debtors. | § | |
| | § | JUDGE MASSEY |

## MOTION FOR JOINT ADMINISTRATION OF CASES

COMES NOW Gregory Hays, Trustee, duly appointed in each case hereinafter described, the latter two filed cases having been reassigned to him for ease of administration, and shows:

1.  Cases involving four related debtors including the individual sole shareholder and his closely held affiliates have been filed in this Court and described as follows:

| | Case Number | Date of Filing |
|---|---|---|
| Guy O. Battle | 04-73190 | August 12, 2004 |
| Battle Builders, Inc. | 04-73252 | August 12, 2004 |
| Battle Enterprises, LLC | 04-73293 | August 13, 2004 |
| Battle Painting, Inc. | 04-73793 | August 24, 2004 |
| Battle Drywall, Inc. | 04-73825 | August 24, 2004 |

2.  The Court has jurisdiction over the Motion pursuant to 28 U.S.C.A. Section 1334(b) and the same is a core proceeding under 28 U.S.C.A. Section 157(b)(2). Protection should be afforded creditors of the different estates against any potential conflicts arising or from any possible inter-debtor transfer of properties. Because of the possible confusion in the titling of assets, the

overlapping of certain debts through guaranty obligations and by lien claims, there is need for the entry of an order in each case directing their joint administration.

3. Bankruptcy Rule 1015(b) authorizes the Court to order the joint administration of two or more pending cases when affiliated cases are involved. Here, the Debtor is the sole shareholder of the affiliated company cases. An order of joint administration should therefore be entered pursuant to Bankruptcy Rule 1015(b) directing that this case and the other cases above be jointly administered for procedural purposes only under the caption of Guy O. Battle, Case No. 04-73190, which was the earliest case filed. Joint administration would promote efficiencies and economy in the administration of the Debtors' cases. No prejudice will befall any party by virtue of the relief requested, inasmuch as the relief is purely procedural and is not intended to affect any party's substantive rights.

4. The Trustee proposes the following caption for the Debtor's jointly administered cases:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | § | CHAPTER 7 |
|---|---|---|
| | § | |
| GUY O. BATTLE, et al. | § | JOINTLY ADMINISTERED |
| | § | |
| Debtors. | § | JUDGE MASSEY |

5. The Trustee and his professionals will keep separate accounts for their services rendered and expenses incurred in this and each case that may be consolidated. Notice of this Motion has been provided to the Office of the United States Trustee, the persons on the attached service list and the Debtors. Given the nature of the relief request, the Trustee submits that no further notice is necessary. A proposed Order granting the relief requested is submitted herewith.

WHEREFORE, the Trustee requests the entry of an Order of Joint Administration, but not consolidation, as the Court deems proper.

*C. David Butler*

C. David Butler
Georgia Bar No. 097700

*G. Marshall Kent*

G. Marshall Kent, Jr.
Georgia Bar No. 415129

Attorneys for the Trustee

Shapiro Fussell, LLP
1360 Peachtree Street, N.E.
Suite 1200
Atlanta, GA 30309
Tel: (404) 870-2200
Fax: (404) 870-2220

10753.001/5

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|   GUY O. BATTLE, | § | CASE NO. 04-73190 |
|   BATTLE BUILDERS, INC. | § | CASE NO. 04-73252 |
|   BATTLE ENTERPRISES, LLC | § | CASE NO. 04-73293 |
|   BATTLE PAINTING, INC. | § | CASE NO. 04-73793 |
|   BATTLE DRYWALL, INC. | § | CASE NO. 04-73825 |
| | § | |
| | § | CHAPTER 7 |
| | § | |
| | § | JOINTLY ADMINISTERED |
|           Debtors. | § | |
| | § | JUDGE MASSEY |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing **MOTION FOR JOINT ADMINISTRATION OF CASES** by depositing the original thereof in the United states mail with sufficient postage thereon addressed to:

Mr. Guy O. Battle
4685 Prestbury Drive
Suwanee, GA 30024-7518

Battle Builders, Inc.
c/o Guy O. Battle
4685 Prestbury Drive
Suwanee, GA 30024-7518

Battle Enterprises, LLC
c/o Guy O. Battle
4685 Prestbury Drive
Suwanee, GA 30024-7518

Battle Painting, Inc.
c/o Guy O. Battle
4685 Prestbury Drive
Suwanee, GA 30024-7518

Battle Drywall, Inc.
c/o Guy O. Battle
4685 Prestbury Drive
Suwanee, GA 30024-7518

S. Gregory Hayes, Trustee
Hays Financial Consulting, LLC
3343 Peachtree Road N.E.
Suite 750
Atlanta, GA 30326-1085

United States Trustee
362 Richard Russell Building
75 Spring Street S.W.
Atlanta, GA 30303

Kathy K. Puls, Esquire
P. O. Box 550
Decatur, GA 30031-0550

AGCO
2782 Simpson Circle
Norcross, GA 30071-2819

Allied Readymix
P. O. Box 198839
Atlanta, GA 30384-8839

BACO Exterminating
4197 Rufus Place
Atlanta, GA 30340-1611

Britts
3293 Stone Mountain Highway Lower
Snellville, GA 30078-6834

Concrete Surfacing Tech
Suite 1
3705 Namasco Drive
Suwanee, GA 30024-8353

Custom Air Concepts
804 Bill Rutledge Road
Winder, GA 30680-7863

Global Home Products
3290 Green Pointe Parkway
Suite 290
Norcross, GA 30092-6643

Alley-Cassetty Brick
P. O. Box 23305
Nashville, TN 37302-3305

Arrow Lumber & Supply Co.
P. O. Box 339
Suwanee, GA 30024

John Allison, CEO
BB&T of Georgia
2885 Lawrenceville Suwanee Road
Swuanee, GA 30024-7265

Builtrite Foundation
P. O. Box 490190
Lawrenceville, GA 30049-0004

Consulting Enterprises
Suite F
1048 Industrial Court
Suwanee, GA 30024-8355

Custom Glass & Doors
305 Fairmont Drive
Norcross, GA 30071-4213

Grogan's Sani Service, Inc.
P. O. Box 1830
Cumming, GA 30028-1830

Williams Bros. Lumber Co.
P. O. Box 8
Duluth, GA 30096-0008

Truss Tech
4883B Roy Carlson Boulevard
Buford, GA 30518-3576

Thomas J. Martin, CEO
Gwinnett Community Bank
2775 Buford Highway
Duluth, GA 30096-2872

Laurice A. Tatum, CEO
Lanier Community Bank
4356 South Lee Street
Buford, GA 30518

MK Plumbing, Inc.
1355 Union Hill Industrial Court
Alpharetta, GA 30004-5693

Outhouse
1565 Davis Avenue
Atlanta, GA 30344-2520

Plymarts, Inc.
Department 80045655
P. O. Box 105775
Atlanta, GA 30348-5774

Scott Youmans
P. O. Box 1141
Dacula, GA 30019-0020

South Gwinnett Sand & Gravel
2799 Bay Ridge Drive
Loganville, GA 30052-3706

Taylor Foundation
1195 Samples Industrial Drive
Cumming, GA 30041-6417

Thomas Concrete of GA, Inc.
2500 Cumberland Parkway S.E.
Atlanta, GA 30339-3932

Home Buyers Warranty
1728 Montreal Circle
Tucker, GA 30084-6821

Ledford Smith Electric
P. O. Box 338
Oxford, GA 30054-0338

Randy Carol, CEO
Mountain National Bank
P. O. Box 49
Tucker, GA 30085-0049

Pioneer Concrete Pumping
4790 Wright Drive S.E.
Smyrna, GA 30082-4950

RMC Mid Atlantic
P. O. Box 198839
Atlanta, GA 30384-8839

SCI Development
2330 Hewatt Road
Snellville, GA 30039-4023

Small Wood & Sons Plumbing
910 Montpelier Road
Forsyth, GA 31029-8709

Stock Building Supply
P. O. Box 101575
Atlanta, GA 30392-1575

The Wire Nut
220 Spring Court
Oxford, GA 30054-3016

This ___28___ day of September, 2004.

_____
G. Marshall Kent, Jr.